```
EDMUND B. DECHANT #38331
Attorney at Law
P.O. Box 1708
Santa Rosa, CA 95402
(707) 604-0042
Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No.: 10-14154 |
| DOUGLAS DUELL,<br>　　　　　Debtor, | CHAPTER 13<br>NOTICE OF MOTION AND<br>MOTION TO WITHDRAW<br>DATE: February 23, 2011<br>TIME: 1:30 p.m.<br>DEPT: Courtroom, 99<br>S. E Street, Santa Rosa,CA |
| _____/ | |

NOTICE OF HEARING ON MOTION and

MOTION FOR ORDER ALLOWING ATTORNEY TO WITHDRAW

　　　Edmund Dechant, the attorney of record for the debtor, hereby moves the court for an order allowing him to withdraw as attorney of record.

　　　Meaningful communication between attorney and debtor has ceased. Counsel is therefore unable to represent debtor. The 341 hearing was held on December 14, 2010. The matter was set for the confirmation calendar of January 12, 2011 and continued to November 12, 2008 at 1:30 p.m. Debtor and counsel were present at the 341 hearing. The trustee requested further documentation from debtor. Counsel will provide the requested documentation.

　　　WHEREFORE, Edmund Dechant requests an order of this court allowing him to withdraw as attorney of record.

　　　DATED: January 14, 2011

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Edmund Dechant

NOTICE OF HEARING ON MOTION and MOTION FOR ORDER ALLOWING ATTORNEY TO WITHDRAW　　　1

Attorney for Debtor

NOTICE IS HEREBY GIVEN that a hearing will be held at 1:30 p.m. on February 23, 2011, in the courtroom of the Honorable Alan Jaroslovsky, Bankruptcy Judge, 99 South E Street, Santa Rosa, CA at which time the court will consider the debtor's MOTION FOR ORDER ALLOWING ATTORNEY TO WITHDRAW

DATED: January 14, 2011

_____/s_____
Edmund Dechant
Attorney for Debtor

PROOF OF SERVICE

I, EDMUND DECHANT, declare under penalty of perjury under the laws of the State of California as follows: I am a citizen of the United States, over the age of 18, a resident of the County of Sonoma, and not a party of the within action; my business address is P.O. Box 1708, Santa Rosa, CA 95402; on the date below noted, I served NOTICE OF MOTION AND MOTION TO WITHDRAW on the interested parties in said cause by placing a true copy thereof with postage thereon fully prepaid, in the United States mail at Santa Rosa, California addressed as follows (and including the names on the list attached hereto):

Doug Duell
P.O. Box 1296
Guerneville, CA 95446

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed in Guerneville, CA on January 14, 2011

_____/s/_____
Edmund Dechant

NOTICE OF HEARING ON MOTION and MOTION FOR ORDER ALLOWING ATTORNEY TO WITHDRAW 2